# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Northside Chiropractic, Inc., et al.

                        Plaintiff,

v.                                                Case No.: 1:09−cv−04468

                                                         Honorable Edmond E. Chang

Yellowbook Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 25, 2013:

      MINUTE entry before Honorable Edmond E. Chang: The motion for reconsideration [170] and the supplemental filings are still pending. Status hearing of 06/26/2013 is reset to 08/22/13 at 9:00 a.m. Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.