**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Northside Chiropractic, Inc., et al.
                              Plaintiff,

v.                                                Case No.: 1:09−cv−04468
                                                      Honorable Edmond E. Chang

Yellowbook Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 14, 2013:

      MINUTE entry before Honorable Edmond E. Chang: Defense counsel reported to the courtroom deputy that she has a scheduling conflict for 11/19/2013, and that she and Plaintiffs' counsel have agreed to another date. Status hearing of 11/19/2013 is reset to 12/12/2013 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.