Northside Chiropractic, Inc., et al.
                              Plaintiff,

v.                                         Case No.: 1:09−cv−04468
                                           Honorable Edmond E. Chang

Yellowbook Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2013:

    MINUTE entry before the Honorable Edmond E. Chang: If the parties' counsel agree that there is nothing to report at the status hearing until after the Seventh Circuit proceedings, they may jointly call (or designate one side) the courtroom deputy to propose a continuance of the status hearing, and the Court will reset the upcoming date. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.