UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Northside Chiropractic, Inc., et al.
                                           Plaintiff,

v.                                                       Case No.: 1:09–cv–04468
                                                      Honorable Edmond E. Chang

Yellowbook Inc.
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 10, 2013:

    MINUTE entry before the Honorable Edmond E. Chang: Plaintiffs' counsel called on behalf of both parties to report that they agree that the status hearing should be reset for after the Seventh Circuit proceedings. Status hearing of 12/12/2013 is reset to 1/16/2014 at 10:45 a.m. Two business days before the next status, the parties shall file a concise status report on the pendency of the appellate proceeding (including briefing dates and any other relevant information). If it is still pending, the Court will reset the status again, unless the parties want to appear. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.