**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORTHSIDE CHIROPRACTIC, INC. and MICHAEL DUBICK, for themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YELLOWBOOK INC., f/k/a YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC., <br><br> Defendant. | Case No. 09 C 4468 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Susan E. Cox |

## JOINT REPORT OF STATUS ON APPEAL

Plaintiffs NORTHSIDE CHIROPRACTIC, INC. ("Northside Chiropractic") and DR. MICHAEL J. DUBICK ("Dr. Dubick") by and through their attorneys, Cantwell & Cantwell, for themselves and Defendant YELLOWBOOK INC., pursuant to the Court's December 10, 2013 Order (Doc. No. 205), submit this report on status of the Petition for Permission to Appeal Order Denying Class Certification in this case, Appeal No. 13-8031, in the Court of Appeals for the Seventh Circuit.

1. Plaintiffs' Petition for Permission to Appeal Order Denying Class Certification was filed on November 20, 2013.

2. Defendant's Opposition to Plaintiffs' Petition to Appeal Order Denying Class Certification was filed in the Appellate Court on December 6, 2013.

3. Plaintiffs' Petition for Permission to Appeal was denied by the Court of Appeals, by Order entered January 13, 2014.

4. Because of the very recent receipt of the Order denying the Petition for Permission to Appeal, the parties respectfully suggest a short continuance in the District Court, to allow the parties an opportunity to assess and discuss their positions on going forward with the case, in advance of the status hearing.

5. Counsel for Defendant has reviewed this Joint Report of Status on Appeal, and authorizes Plaintiffs to make this report on Defendant's behalf.

        Respectfully submitted,

        NORTHSIDE CHIROPRACTIC, INC. and DR. MICHAEL J. DUBICK, Plaintiffs.

        By:    /s/ Peter A. Cantwell
                One of Their Attorneys

Peter A. Cantwell
John W. Kalich
Cantwell & Cantwell
30 North LaSalle Street, Suite 2850
Chicago, Illinois 60602
(312) 372-3000
Attorney Code: 91775