IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NORTHSIDE CHIROPRACTIC, INC. ) <br> and MICHAEL DUBICK, for themselves ) <br> and others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YELLOWBOOK INC., f/k/a YELLOW ) <br> BOOK SALES AND DISTRIBUTION ) <br> COMPANY, INC., ) <br> ) <br> Defendant. ) | Case No. 09 C 4468 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Susan E. Cox |

## NOTICE OF FILING

To: Attorneys of Record
*See attached Service List*

PLEASE TAKE NOTICE that on the 14th day of January, 2014, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the **Joint Report of Status on Appeal**, a copy of which is hereby served upon you.
.

Respectfully submitted,
NORTHSIDE CHIROPRACTIC, INC.
and MICHAEL DUBICK

By: /s/ Peter A. Cantwell
One of Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 14, 2014 he caused copies of the foregoing Notice of Filing, and the document referenced therein, to be served on the attorneys listed on the attached service list, through the electronic filing procedures of the United States District Court.

/s/ Peter A. Cantwell
Peter A. Cantwell

CANTWELL & CANTWELL
30 North LaSalle Street, Suite 2850
Chicago, Illinois 60602
(312) 372-3000

**SERVICE LIST**

**natalie.spears@snrdenton.com**
Natalie J. Spears, Esq.
Dentons US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606


**tiffany.amlot@snrdenton.com**
Tiffany L. Amlot, Esq.
Dentons US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606


**robbalin@dwt.com**
Robert D. Balin, Esq.
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019


**victorhendrickson@dwt.com**
Victor D. Hendrickson, Esq.
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019


**ericstahl@dwt.com**
Eric M. Stahl, Esq.
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045