UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Northside Chiropractic, Inc., et al.
                                    Plaintiff,

v.                                                  Case No.: 1:09−cv−04468
                                                    Honorable Edmond E. Chang

Yellowbook Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

    MINUTE entry before the Honorable Edmond E. Chang: In view of the status report's request for a short continuance and the recency of the Seventh Circuit denial, the status hearing of 01/16/2014 is reset to 02/6/2014 at 09:30 AM.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.