## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Northside Chiropractic, Inc., et al.

                         Plaintiff,

v.                                   Case No.: 1:09–cv–04468
                                       Honorable Edmond E. Chang

Yellowbook Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2014:

        MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff is authorized to take the depositions of the two salespersons mentioned in court, and by 02/10/2014, defense counsel shall provide to Plaintiff's counsel the last know addresses of the two salespersons. The depositions shall take place before 04/07/2014, but that deadline might be extended if the deponents are difficult to locate and/or are out–of–state. After the depositions, Defendant plans on filing dispositive motions on all claims and the counterclaim. Status hearing is set for 04/23/2014 at 9 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.